## McGUFFIN v. COMMONWEALTH.

(Decided November 20, 1931.)

JAMES & JAMES for movant.

J. W. CAMMACK, Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## PACK v. COMMONWEALTH.

(Decided November 20, 1931.)

WAUGH & HOWERTON for movant.

J. W. CAMMACK, Attorney General, and SAMUEL B. KIRBY, Jr., Assistant Attorney General, opposed.

PER CURIAM. Judgment of conviction for maintaining a nuisance imposing a fine of $500 and 30 days in jail.

Appeal denied; judgment affirmed.

## REPUBLIC LIFE AND ACCIDENT INSURANCE COMPANY v. GAINES.

(Decided November 20, 1931.)

D. MOXLEY for movant.

J. C. CLOYD opposed.

PER CURIAM. Judgment for $273 with interest thereon at the rate of 6 per cent per annum from the 28th day of May, 1929, until paid and the cost of this action.

Appeal denied; judgment affirmed.